UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

IN RE THE MATTER OF:

Seth Shackford
(Petitioner's Name)

Case No.   20-cr-90-01-SM
(If known)

## REQUEST FOR APPOINTMENT OF COUNSEL

I, Seth Shackford, respectfully request appointment of counsel to represent me as a criminal defendant.

I am financially unable to hire counsel.  A completed Financial Affidavit is attached.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 9/15/2020

Signature of Petitioner

---

### RULING BY JUDICIAL OFFICER

☒ Request Approved. Appoint Counsel.
☐ Request Denied.
☐ Other: _____

Date: 9/15/2020

U.S. Magistrate Judge

USDCNH-17 (Rev. 4/2018) (Previous Editions Obsolete)