United States District Court
District of New Hampshire

United States of America

v.                                                          Case No. 20-cr-90

Seth Shackford

## CONSENT TO VIDEO/TELEPHONIC CONFERENCE
## AND WAIVER OF RIGHT TO APPEAR IN PERSON

With the consent of the defendant, the court is authorized to conduct certain criminal proceedings by video/telephonic conference. See Standing Order 20-25 (July 24, 2020); Coronavirus Aid, Relief, and Economic Security Act, Pub. L. No. 116-136, §15002(b), 134 Stat. 281, 528-29 (2020).

I understand that the U.S. Constitution, the Federal Rules of Criminal Procedure, and/or one or more federal statutes may give me the right to have all the proceedings listed below take place in person in open court. After consultation with my attorney, I knowingly and voluntarily consent to the proceeding(s) checked below taking place by video/telephonic conference and I knowingly and voluntarily waive my right to be present, in person, in open court as to the proceeding(s) checked below.

Check each that applies:

- [x] Initial Appearance (Fed. R. Crim. P. 5)
- [x] Preliminary Hearing (Fed. R. Crim. P. 5.1)
- [x] Arraignment (Fed. R. Crim. P. 10)
- [ ] Detention/Bail Review/Reconsideration Hearing(s) (18 U.S.C. § 3142)
- [ ] Pretrial Release Bail Revocation Proceedings (18 U.S.C. § 3148)
- [ ] Misdemeanor Pleas and Sentencings (Fed. R. Crim. P. 43(b)(2))
- [ ] Appearances under Fed. R. Crim. P. 40
- [ ] Probation and Supervised Release Revocation Proceedings (Fed. R. Crim. P. 32.1)
- [ ] Other: _____

Date: 9/15/2020

_____
Defendant

Date: 9/15/2020

/s/ Rick Monteith
Counsel for Defendant

APPROVED.

Date: 9/15/2020

_____
U.S. Magistrate Judge
U.S. District Judge