AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

2020 SEP 21 A 9:13

RECEIVED
SEP 01 2020
US MARSHALS SERVICE

United States of America
v.
SETH SHACKFORD et al
SETH SHACKFORD

Defendant

)
)
) Case No.  20-cr-90-SM-01/04
)
)
)
)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Seth Shackford
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 USC §2(a); 21 USC §§841(a)(1) & 841(b)(1)(C) Distributing a Controlled Substance (Counts 1-2, 4-5)
21 USC §§841(a)(1) & 841(b)(1)(C) Distributing a Controlled Substance (Count 3)

Date: 09/01/2020

*Issuing officer's signature*

City and state: Concord, New Hampshire

Megan Cahill, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 9/1/20, and the person was arrested on *(date)* 9/10/20
at *(city and state)* NASHUA, NH.

Date: 09/10/2020

*Arresting officer's signature*

DUSM ANDREW A GRILLO
*Printed name and title*