UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

   v.                                    Case No. 20-cr-90-01/03-SM

Edgar Centariczki, et al

ORDER

The assented to motion to reschedule jury trial (document no. 32) filed by defendant is granted as to all defendants. Final Pretrial Conference is rescheduled to February 3, 2021 at 2:30 p.m. Trial is continued to the two-week period beginning February 17, 2021, 9:30 a.m.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                              By the Court,

                                              _____
                                              Steven J. McAuliffe
                                              United States District Judge

Date: October 20, 2020

cc:   Joachim H. Barth, AUSA
       Dennis Charles Hogan, Esq.
       Richard F. Monteith, Jr., Esq.
       Patrick J. Richard, Esq.
       U.S. Marshal
       U.S. Probation