UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

   v.                                      Case No. 20-cr-90-01/03-SM

<u>Seth Shackford, et al</u>

<u>ORDER</u>

The assented to motion to reschedule jury trial (document no. 37) filed by defendant is granted as to all defendants. Final Pretrial Conference is rescheduled to April 6, 2021 at 10:30 a.m. Trial is continued to the two-week period beginning April 20, 2021, 9:30 a.m.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

By the Court,

_____
Steven J. McAuliffe
United States District Judge

Date: January 14, 2021

cc:    Joachim H. Barth, AUSA
        Richard F. Monteith, Jr., Esq.
        Patrick J. Richard, Esq.
        Dennis Charles Hogan, Esq.
        U.S. Marshal
        U.S. Probation