**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

   v.                                        Case No. 20-cr-90-01/02-SM

<u>Seth Shackford, et al</u>

<u>ORDER</u>

The assented to motion to reschedule jury trial (document no. 45) filed by defendant is granted as to all defendants. Final Pretrial Conference is rescheduled to June 9, 2021 at 10:00 a.m. Trial is continued to the two-week period beginning June 22, 2021, 9:30 a.m.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

By the Court,

_____
Steven J. McAuliffe
United States District Judge

Date: March 12, 2021

cc:   Joachim H. Barth, AUSA
      Richard F. Monteith, Jr., Esq.
      Patrick J. Richard, Esq.
      U.S. Marshal
      U.S. Probation