UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 1:20-CR-00162-JL |
| v. | ) | No. 1:20-CR-00090-SM |
| | ) | |
| SETH SHACKFORD | ) | |

**GOVERNMENT'S MOTION TO FILE AMENDED PLEA AGREEMENT
AND TO JOIN INDICTMENTS FOR DISPOSITION**

NOW COMES the United States of America, by John J. Farley, Acting United States Attorney for the District of New Hampshire, and Assistant U.S. Attorney Joachim H. Barth, and hereby moves to file an amended plea agreement and to join the above-entitled indictments for disposition.

In support of its Motion, the government states as follows:

1. Mr. Shackford has been indicted by a grand jury for two controlled drug offenses. The parties have entered an agreement to resolve both matters by a plea and sentence to No. 1:20-cr-162-JL and a dismissal to No. 1:20-CR-00090-SM upon sentencing.

2. On June 3, 2021, the parties submitted a plea agreement that erroneously referenced both indictments and proposed dispositions under the single docket number 1:20-CR-00090. On June 16, 2021, Mr. Shackford entered a guilty plea pursuant to the agreement. The record of the proceedings reflects the corrected reference to the two indictments. The United States hereby moves to submit a written amended plea agreement reflecting both docket numbers.

3. Additionally, the United States moves to consolidate the separate indictments for purposes of the sentencing hearing.

4. The defendant, through counsel, assents to this motion.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | JOHN J. FARLEY<br>Acting United States Attorney |
| Dated: July 6, 2021 | /s/ Joachim H Barth<br>By:  Joachim H. Barth<br>Bar No. 8757 (NH)<br>Assistant U.S. Attorney<br>53 Pleasant Street, 4th Floor<br>Concord, New Hampshire 03301<br>(603) 225-1552<br>Joachim.barth@usdoj.gov |